JOSEPH TRUTA, Respondent, v. JOHN J. TOMICH and Others, Defendants. MARY TOMICH, as Executrix, etc., of JOHN J. TOMICH, Deceased, Appellant.— Order granting plaintiff's motion to substitute Mary Tomich as executrix in place

and stead of John J. Tomich, deceased, as party defendant, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.